# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      MAGISTRATE NO.: __13-9352__

         V.          :      CRIMINAL ACTION

_Jack Vermeylen_      :      ORDER OF RELEASE

         The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

     (X) Reporting, as directed, to U.S. Pretrial Services;

     (X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

     ( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

     (X) The defendant shall appear at all future court proceedings;

     ( ) Other: _____

_____      ___12/18/13___
DEFENDANT                               DATE

         It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

___12/18/13___
DATE